**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Alex Leloup, | : |
|             Plaintiff, | : |
| v. | : Civil Action No.: 3:16-cv-30136-MGM |
| Southwest Credit Systems, L.P.; and DOES 1-10, inclusive, | : |
|             Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 16, 2017

                                                  Respectfully submitted,

                                                  PLAINTIFF, Alex Leloup

                                                  */s/ Sergei Lemberg*

                                                  Sergei Lemberg, Esq.
                                                  B.B.O. No.: 650671
                                                  LEMBERG LAW, L.L.C.
                                                  43 Danbury Road, 3rd Floor
                                                  Wilton, CT 06897
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424
                                                  slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

John J. O'Connor, Esq.
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
*Attorney for Defendant*

                                                By */s/ Sergei Lemberg*
                                                    Sergei Lemberg, Esq.