UNITED STATES DISTRI0T COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALEX LELOUP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.  3:16-cv-30136-MGM |
| ) | |
| SOUTHWEST CREDIT SYSTEMS, L.P.; ) | |
| and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |

## SETTLEMENT ORDER OF DISMISSAL

MASTROIANNI, D.J.

The court, having been advised on January 16, 2017, that the above-entitled action has been settled:

IT IS ORDERED that this action is hereby DISMISSED without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action with sixty (60) days if settlement is not consummated.

By the Court:
Robert Farrell, Clerk

1/19/2017                                    /s/ Timothy Bartlett
Date                                         Courtroom Deputy Clerk